IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNION INSURANCE COMPANY,
a/s/o Lindsey Construction
Company, Inc.                                                PLAINTIFF

v.                      No. 4:20-cv-291-DPM

HASLEY CONSTRUCTION, LLC                      DEFENDANT

## JUDGMENT

Union Insurance Company's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2020